**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01362-LTB-MJW

CODY HARNACK,

       Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,
CHRISTOPHER THOMPSON, individually, and
ENCANA OIL AND GAS (USA), INC.,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice by Plaintiff and Defendant Encana Oil & Gas (USA), Inc. (Doc 29 - filed February 23, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims against Defendant Encana Oil & Gas (USA) Inc. shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   February 25, 2010