## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CODY HARNACK,          )
                       )
     **Plaintiff**       )
                       )
**Vs.**                )     **CIVIL CASE 09-CV-01362-LTB-MJW**
                       )
**ENSIGN UNITED STATES**   )
**DRILLING, INC., CHRISTOPHER** )
**THOMPSON, Individually, AND**  )
**ENCANA OIL AND GAS (USA), INC.**)
                       )
     **Defendants.**      )

## ORDER GRANTING UNCONTESTED MOTION FOR F.R.C.P. 35 PHYSICAL EXAMINATION OF PLAINTIFF ( Docket No. 48 )

**THIS MATTER,** having come before the Court on the Uncontested Motion for F.R.C.P. 35 Examination of Plaintiff filed on behalf of the Defendants. Having reviewed the motion and finding that good cause exists for the examination, it is hereby GRANT - The motion (D N 48)

**ORDERED** that Plaintiff will be examined by a multidisciplinary team headed by Dr. Matthew Godleski at the University of Colorado Health Sciences Center's Amputee Clinic on May 13, 2010 in order to assess Plaintiff's injuries, evaluate his residual function and to make recommendations as to any additional rehabilitation, treatment, equipment or training that may be beneficial to the Plaintiff. Following completion of the examination, Dr. Godleski will prepare a report, setting forth in detail, the evaluation team's findings, conclusions and recommendations. Said report will be provided to Plaintiff upon its receipt.

The cost of the evaluation and examination will be borne by the Defendants. Plaintiff's examination may be attended by another person as requested by Plaintiff.

DATED this 3 ~ day of ____April____, 2010.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO