IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01362-LTB-MJW

CODY HARNACK,

Plaintiff(s),

v.

ENSIGN UNITED STATES DRILLING, INC., et al,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Defendants' Unopposed Motion to Designate Encana Oil and Gas (USA), Inc. as a Nonparty at Fault (Docket No. 58) is granted, and thus Defendants' Designation of Encana Oil and Gas (USA), Inc. as a Nonparty at Fault Pursuant to C.R.S. § 13-21-111.5 (Docket No. 58-1, Defendants' Exhibit A) is accepted for filing as of the date of this Minute Order.

Date: May 28, 2010