**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01362-LTB-MJW

CODY HARNACK,

       Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,
CHRISTOPHER THOMPSON, individually, and
ENCANA OIL AND GAS (USA), INC.,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

       Upon the Joint Report Regarding Settlement and Status of Filing Dismissal Documents (Doc 66 - filed September 21, 2010), the parties request an extension of time to file their dismissal papers which request is **GRANTED up to and including October 20, 2010**.

Dated: September 24, 2010
_____