**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01362-LTB-MJW

CODY HARNACK,

      Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,
CHRISTOPHER THOMPSON, individually, and
ENCANA OIL AND GAS (USA), INC.,

      Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice (Doc 69 - filed November 30, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   December 1, 2010